UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>COMMODITY EXCHANGE, INC., GOLD FUTURES AND OPTIONS TRADING LITIGATION<br><br>*This Document Relates to All Actions* | 1:14-MD-2548 (VEC)<br>1:14-MC-2548 (VEC)<br><br>ORAL ARGUMENT REQUESTED<br><br>**NOTICE OF MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2)** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and upon all prior proceedings, pleadings, and papers filed herein, defendant The London Gold Market Fixing Limited ("LGMF"), by and through its undersigned counsel, moves this Court, before the Honorable Valerie Caproni, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, dismissing all claims against LGMF in the Second Consolidated Amended

Class Action Complaint dated March 16, 2015, and for such other relief as the Court deems just and proper.

                    Respectfully submitted,

                    PATTERSON BELKNAP WEBB & TYLER LLP

By    */s/ James V. Masella, III*
        William F. Cavanaugh, Jr.
        Saul B. Shapiro
        James V. Masella, III
        R. James Madigan III
        1133 Avenue of the Americas
        New York, New York  10036
        Telephone No.:  (212) 336-2000
        Facsimile No.:  (212) 336-2222
        wfcavanaugh@pbwt.com
        sbshapiro@pbwt.com
        jmasella@pbwt.com
        jmadigan@pbwt.com

        *Attorneys for Defendant The London Gold Market Fixing Limited*

Dated:    New York, New York
             April 30, 2015