USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

IN RE:

COMMODITY EXCHANGE, INC., GOLD
FUTURES AND OPTIONS TRADING
LITIGATION

*This Document Relates to All Actions*

------------------------------------------------------------ X

14-MD-2548 (VEC)
14-MC-2548 (VEC)

**ORDER NO. 6**

VALERIE CAPRONI, United States District Judge:

WHEREAS oral argument on the Motion to Dismiss filed by Defendants The Bank of Nova Scotia, Barclays Bank plc, Deutsche Bank AG, HSBC Bank plc, and Société Générale (collectively, along with their affiliated entities, the "Fixing Defendants") was previously scheduled for Thursday, February 18, 2016 at 2:00 p.m.;

IT IS HEREBY ORDERED that the previously scheduled oral argument on the Fixing Defendants' Motion to Dismiss shall be adjourned to March 11, 2016 at 2:00 p.m. in Courtroom 443 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: **January 27, 2016**
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**