```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
IN RE:                                                       :
                                                             :    14-MD-2548 (VEC)
COMMODITY EXCHANGE, INC., GOLD                               :    14-MC-2548 (VEC)
FUTURES AND OPTIONS TRADING                                  :
LITIGATION                                                   :
                                                             :
*This Document Relates to All Actions*                       :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a status conference in this matter is currently scheduled for Friday, July 23, 2021 at 2:00 P.M., Dkt. 558;

    WHEREAS the Court accepted the parties' offer to arrange the virtual platform by which to hold the conference, Dkt. 543; and

    WHEREAS on July 16, 2021, the parties provided the Court with conference access information, Dkt. 570;

    IT IS HEREBY ORDERED that the parties must access the conference using the link provided by the parties in their joint letter. *See* Joint Letter, Dkt. 570 at 5. Any interested members of the public may listen to the proceeding remotely by dialing 1-669-219-2599, using the password 9248120834#. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

**Date:  July 19, 2021**
       **New York, NY**
                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**