USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE:                                                        :
                                                              :     14-MD-2548 (VEC)
COMMODITY EXCHANGE, INC., GOLD                                :     14-MC-2548 (VEC)
FUTURES AND OPTIONS TRADING                                   :
LITIGATION                                                    :
                                                              :
*This Document Relates to All Actions*                        :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 23, 2021, the parties appeared at a video status conference;

    IT IS HEREBY ORDERED that all written follow up to the Barclays Bank 30(b)(6) deposition and any final review and follow up with respect to the Bank of Nova Scotia's privilege logs must be complete by no later than **Tuesday, August 31, 2021**. The Court understands that all other fact discovery is complete.

    IT IS FURTHER ORDERED that by no later than **Friday, July 30, 2021**, the parties must propose a joint schedule with respect to Plaintiff's motion for class certification and related expert discovery that conforms with the directions provided by the Court at today's conference.

**SO ORDERED.**

Date:  July 23, 2021
       New York, NY

                                             **VALERIE CAPRONI**
                                             **United States District Judge**