USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE: :
:  14-MD-2548 (VEC)
COMMODITY EXCHANGE, INC., GOLD : 14-MC-2548 (VEC)
FUTURES AND OPTIONS TRADING :
LITIGATION : **ORDER**
:
*This Document Relates to All Actions* :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 9, 2016, the Court preliminarily approved a settlement with Deutsche Bank, Order, Dkt. 187;

WHEREAS on February 12, 2021, the Court preliminarily approved a settlement with HSBC Bank, Order, Dkt. 515; and

WHEREAS a hearing to consider the fairness, reasonableness, and adequacy of the Deutsche Bank and HSBC settlements (the "Fairness Hearing") is currently scheduled for Wednesday, October 13, 2021 at 10:00 A.M., Order, Dkt. 580;

IT IS HEREBY ORDERED that due to a conflict in the Court's calendar,[1] the Fairness Hearing is adjourned to **Thursday, October 21, 2021 at 10:00 A.M.** The Fairness Hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that, by no later than **Wednesday, September 29, 2021**, Plaintiffs must post the change in date and time of the Fairness Hearing on the settlement

---

[1] As the parties know, criminal cases have priority over civil cases; as the parties may also know, due to the COVID-19 pandemic, the Southern District of New York is using a centralized calendaring system to schedule jury trials. The Court now has a criminal trial that conflicts with the scheduled Fairness Hearing in this matter. The Court appreciates the parties, the objectors, and the public's understanding.

website.  *See* Order, Dkt. 516 ¶ 28.  By no later than **Friday, October 1, 2021**, Plaintiffs must inform the Court that the settlement website has been updated.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may listen to the hearing remotely by dialing 1-888-363-4749, using the access code 3121171 and the security code 2548.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date:  September 21, 2021
       New York, NY

_____
VALERIE CAPRONI
United States District Judge

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.