USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/28/2022

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
IN RE:                                           :
                                                 :         14-MD-2548 (VEC)
COMMODITY EXCHANGE, INC., GOLD                   :         14-MC-2548 (VEC)
FUTURES AND OPTIONS TRADING                      :
LITIGATION                                       :            ORDER
                                                 :
This Document Relates to All Actions             :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a hearing to consider the fairness, reasonableness, and adequacy of the Third Settlement Agreement (the "Fairness Hearing") is scheduled for **Friday, August 5, 2022, at 10:00 A.M.**; and

IT IS HEREBY ORDERED that additional counsel, client representatives, class members, and interested members of the public may attend in person (the hearing will be in Courtroom 443, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY) or may listen to the proceeding remotely, by dialing 1-888-363-4749, using the access code 3121171 and the security code 2548. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date:  July 28, 2022
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**